Michael McDONALD, Petitioner–
Appellant,

v.

SECRETARY, FLORIDA DEPART-
MENT OF CORRECTIONS,
Respondent–Appellee.

No. 14–11829.

United States Court of Appeals,
Eleventh Circuit.

Jan. 19, 2016.

Richard Adam Greenberg, Rumberger Kirk & Caldwell, PA, Tallahassee, FL, for Petitioner–Appellant.

Joshua Ryan Heller, Pam Bondi, Trisha Meggs Pate, Attorney General's Office, Tallahassee, FL, for Respondent–Appellee.

Before HULL, and JILL PRYOR, Circuit Judges, and ROYAL,* District Judge.

PER CURIAM:

Michael McDonald appeals the district court's denial of his habeas corpus petition, brought pursuant to 28 U.S.C. § 2254, challenging his convictions for (1) sexual battery of a child less than 12 years of age and (2) lewd and lascivious molestation. On appeal, McDonald argues that his Sixth Amendment rights to confrontation and a fair trial were violated when the trial court permitted the alleged victim, a child who was five years old at the time of trial, to testify outside of his presence via closed-circuit television pursuant to a procedure established by Florida statute, Fla. Stat. § 92.54. Upon a thorough review of the briefs and record, and with the benefit of oral argument, we affirm based on the well-reasoned report and recommendation of the magistrate judge and the order of the district court entered on March 31, 2014.

AFFIRMED.